**IN RE: Lori L. BATTAILE,**
**Respondent.**

**No. 16–BG–1095**

District of Columbia Court of Appeals.

Filed January 26, 2017

Bar Registration No. 465685, DDN: 119–16

BEFORE: Blackburne–Rigsby, Associate Judge, and Pryor and Farrell, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order revoking respondent's license to practice law in the state of Florida by consent, this court's November 15, 2016, order directing respondent to show cause why the functionally-equivalent reciprocal discipline of disbarment should not be imposed, and the statement of Disciplinary Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, § 14 (g), it is

ORDERED that Lori L. Battaile is hereby disbarred from the practice of law. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period for reinstatement will not begin to run until such time as she files a D.C. Bar. R. XI, § 14 (g) affidavit.